IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH WRIGHT,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**COMMONWEALTH OF** )<br>**PENNSYLVANIA, WARDEN SCI** )<br>**COAL TOWNSHIP** and **DISTRICT** )<br>**ATTORNEY OF ALLEGHENY** )<br>**COUNTY,** )<br>)<br>Defendants. ) | 2:19cv844<br>**Electronic Filing** |

## MEMORANDUM ORDER

AND NOW, this 24th day of June, 2022, after *de novo* review of the record and upon due consideration of [19] the Magistrate Judge's Report and Recommendation of May 18, 2021, and [20] petitioner's "objections" thereto and accompanying/related submissions, IT IS ORDERED that [20] petitioner's objections are overruled, [1] the Petition for Writ of Habeas Corpus is dismissed and the concomitant request for a certificate of appealability is denied. The report and recommendation as augmented below is adopted as the opinion of the court.

Petitioner's objections are unavailing. The Report and Recommendation carefully and thoroughly considers each basis for relief advanced by petitioner and demonstrates why under the prevailing standards the court is barred from granting relief and the claim is otherwise without merit. Petitioner has failed to identify any error in the recommended disposition and instead merely seeks to rehash the grounds he previously has raised and which have been found to be unavailing.

For the reasons set forth in the Report and Recommendation as augmented above, the petition for writ of habeas corpus has been dismissed and a certificate of appealability properly has been denied.

s/ David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Rusheen R. Pettit, Esquire

   (*Via CM/ECF Electronic Mail*)

   KEITH WRIGHT
   KP7806
   SCI Coal Township
   1 Kelley Drive
   Coal Township, PA 17866

   *(Via United States Postal Service)*